**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7236**

———————

DANNY RAY SHAFER,

Plaintiff - Appellant,

versus

MARSHAL ROBINSON; GARLIN GOCHENOUR; THOMAS
HODGES; DUANE CAMRON; GUY L. ALGER; WILLIAM
PROCTOR; ALLEN MILLER; STEPHEN U. BAER; EDWARD
CHILDRESS; MARGARET COIN; DEANA SIMS; W. R.
GOOD; ROBERT P. CROUCH, JR.; JANET RENO;
STEVEN DEWALT; RICARDO BRADFORD,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (CA-99-292-7)

———————

Submitted: July 27, 2000          Decided: August 1, 2000

———————

Before MURNAGHAN, WILKINS, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Danny Ray Shafer, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Danny Ray Shafer appeals the district court's order denying his motion for summary judgment, which he filed after the district court dismissed his <u>Bivens</u>* action without prejudice and denied his Fed. R. Civ. P. 60(b) motion. Because our review of the record discloses that Shafer's appeal is without merit, we affirm the district court's order denying Shafer's motion for summary judgment on the reasoning of the district court. <u>See</u> <u>Shafer v. Robinson</u>, No. CA-99-292-7 (W.D. Va. Aug. 13, 1999). We deny Shafer's motion for summary judgment in this Court and his request that we order him released from federal prison. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED

---

* <u>See</u> <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).

2